IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BISTRO OF KANSAS CITY, MO., LLC,    *

   Plaintiff,    *

v.    *

   Civil Action No. 1:10-CV-02726-JFM

KANSAS CITY LIVE BLOCK 125    *
RETAIL, LLC,
   *

   Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \*     \* \* \* \* \* \* \* \* \* \* \* \* \*

APPEARANCE OF COUNSEL FOR DEFENDANT    *
<u>KANSAS CITY LIVE BLOCK 125 RETAIL, LLC</u>

Please enter the appearance of Charles M. Kerr, Esq., Federal Bar No. 00395, Kerr McDonald, LLP, Suite 400, 31 Light Street, Baltimore, Maryland 21202, as the attorney for Defendant Kansas City Live Block 125 Retail, LLC, in the above-captioned case.

Charles M. Kerr
Federal Bar No. 00395
Kerr McDonald, LLP
31 Light Street, Suite 400
Baltimore, Maryland 21202
(410) 539-2900
(410) 539-2956 (FAX)
CKerr@KerrMcDonald.com

Attorney for Defendant Kansas City Live Block 125 Retail, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2010, copies of the foregoing appearance of counsel for Defendant Kansas City Live Block 125 Retail, LLC, were mailed, first class, postage prepaid, and e-mailed to Richard F. Lombardo, Esq., Charles H. Stitt, Esq., and James D. Myers, Esq, Shaffer Lombardo Shurin, P.C., 911 Main Street, Suite 2000, Kansas City, Missouri 64105, Missouri counsel for Plaintiff Bistro of Kansas City, MO., LLC, and to Jeffrey A. Befort, Esq, and Justin L. Martin, Esq., Stinson Morrison Hecker, LLP, 1201 Walnut, Suite 2900, Kansas City, Missouri 64106, Missouri counsel for Defendant Kansas City Live Block 125 Retail, LLC.

_____
Charles M. Kerr

K19151