Bistro of Kansas City, MO, LLC, et. al., Plaintiff(s)
vs.
Kansas City Live Block 125 Retail, LLC, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 107112-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Roberto E. Ruggeri, Jr., Counter-Defendant
Court Case No. 1:10-CV-02726JFM

KERR MCDONALD, LLP
Ms. Peggy Putman
31 Light St.
Suite 400
Baltimore, MD 21202

State of: Florida ) ss.
County of: Dade )

Name of Server: Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 11 day of October, 20 __, at 12:25 o'clock P M

Place of Service: at 1500 Ocean Drive, Apt. 1001, in Miami Beach, FL 33139

Documents Served: the undersigned served the documents described as:
Summons in a Civil Action;Defendant and Counter-Plaintiff Kansas City Live Block 125 Retail, LLC's Answer to Complaint of Plaintiff and Counter-Defendant Bistro of Kansas City, MO, LLC and Counter-Claim Against Counter-Defendant Bistro and Additional Counter-Defendant Robert Ruggeri, Jr. and all other pleadings filed to date in this case.

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Roberto E. Ruggeri, Jr., Counter-Defendant

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with Roberto E. Ruggeri, Jr., Counter-Defendant at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Grey; Facial Hair No
Approx. Age 65; Approx. Height 5'11"; Approx. Weight 215

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 12th day of October, 2010

Notary Public (Commission Expires)
Notary Public State of Florida
Yudelis Garcia
My Commission DD918265
Expires 06/23/2013