# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BISTRO OF KANSAS CITY, MO., LLC : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> KANSAS CITY LIVE BLOCK 125 : <br> RETAIL, LLC, : <br> : <br> Defendant. : <br> _____ : <br> KANSAS CITY LIVE BLOCK 125 : <br> RETAIL, LLC, : <br> : <br> Counter-Plaintiff, : <br> : <br> vs. : <br> : <br> BISTRO OF KANSAS CITY, MO., LLC, : <br> ROBERTO RUGGERI, JR., : <br> : <br> Counter-Defendants. : | Civil Action No. 1:10-CV-02726-JFM |

## MOTION OF ROBERTO RUGGERI
## TO DISMISS COUNTERCLAIM FOR LACK OF PERSONAL JURISDICTION

Roberto Ruggeri ("Ruggeri"), by and through his undersigned counsel, respectfully requests the entry of an order pursuant to Fed. R. Civ. P. 12 (b)(2) dismissing the counterclaim (the "Counterclaim") filed against him by the defendant and counterclaim plaintiff Kansas City Live Block 125 Retail, LLC ("KC Live") for lack of personal jurisdiction by this Court over Ruggeri, as more fully explained in the accompanying memorandum of points and authorities.

WHEREFORE, Ruggeri respectfully requests the entry of an order

    a.    granting this Motion;

    b.    dismissing the Counterclaim against Ruggeri for lack of personal jurisdiction; and

    c.    granting him such other and further relief to which he is entitled.

Date:   December 1, 2010.

                     Respectfully submitted,
                     COOTER, MANGOLD, DECKELBAUM
                     & KARAS, LLP

                     By:   /s/ Stephen Nichols
                            Dale A. Cooter
                            Md. Fed. Bar No. 01743
                            Stephen Nichols
                            Md. Fed. Bar No. 08194
                            5301 Wisconsin Avenue, NW
                            Suite 500
                            Washington, DC 20015

                     PHONE:   (202) 537-0700
                     FAX:       (202) 364-3664
                     EMAIL:    efiling@cootermangold.com

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 1st day of December, 2010 a copy of the MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, together with a copy of the accompanying MEMORANDUM OF POINTS AND AUTHORITIES (with exhibits) and PROPOSED ORDER was transmitted electronically due to the efiling of the document to the following:

    Charles M. Kerr, Esq.
    KERR McDONALD, LLP
    31 Light Street
    Suite 400
    Baltimore, MD 21202


    /s/ Stephen Nichols
    Stephen Nichols