# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **BISTRO OF KANSAS CITY, MO., LLC** : : **Plaintiff,** : : vs. : : **KANSAS CITY LIVE BLOCK 125 RETAIL, LLC,** : : **Defendant.** : : **KANSAS CITY LIVE BLOCK 125 RETAIL, LLC,** : : **Counter-Plaintiff,** : : vs. : : **BISTRO OF KANSAS CITY, MO., LLC,** : **ROBERTO RUGGERI, JR.,** : : **Counter-Defendants.** : | Civil Action No. 1:10-CV-02726-JFM |

## ORDER DISMISSING COUNTERCLAIM AGAINST
## ROBERTO RUGGERI FOR LACK OF PERSONAL JURISDICTION

Upon consideration of the Motion of Roberto Ruggeri to Dismiss Counterclaim for Lack of Personal Jurisdiction (the "Motion") filed by Roberto Ruggeri ("Ruggeri"), and upon consideration of any response to the Motion filed by the counter-plaintiff Kansas City Live Block 125 Retail, LLC ("KC Live"), and the Court having concluded that cause exists to grant the relief requested in the Motion, it is, by the Court

ORDERED, ADJUDGED & DECREED:

1. Ruggeri's Motion is granted.

2. The Counterclaim of KC Live against Ruggeri is dismissed for lack of personal jurisdiction.

                                      _____
                                      J. Frederick Motz, Judge
                                      U.S. District Court for the
                                      District of Maryland

cc:
Dale A. Cooter, Esq.
Charles M. Kerr, Esq.