# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BISTRO OF KANSAS CITY, MO., LLC, | * |
| Plaintiff, | * |
| v. | * |
| KANSAS CITY LIVE BLOCK 125 RETAIL, LLC, | * |
| | * Civil Action No. 1:10-CV-02726-JFM |
| Defendant. | * |
| *     *     *     * | * |
| KANSAS CITY LIVE BLOCK 125 RETAIL, LLC, | * |
| Counter-Plaintiff, | * |
| v. | * |
| BISTRO OF KANSAS CITY, MO., LLC, et al., | * |
| Counter-Defendants. | |

*  *  *  *  *  *  *  *  *  *  *  *     *  *  *  *  *  *  *  *  *  *  *  *  *  *

DECLARATION OF ROBERT C. FOWLER

Robert C. Fowler, pursuant to 28 U.S.C. §1746, deposes and says:

1.      I am more than 18 years of age, am competent to be a witness in this matter, and I make this declaration on personal knowledge of its contents. I reside in Maryland, and my business office is at The Power Plant in Baltimore City, Maryland. As stated in my affidavits dated June 28, 2010, and July 9, 2010, filed in this case as Doc. Nos. 1 - 4 and 5 - 1, which are incorporated herein by reference, I am an in-house attorney for The Cordish Company and for Defendant and Counter-Plaintiff Kansas City Live Block 125 Retail, LLC, ("KC Live"), and, at all times relevant to KC Live's counterclaim in this case, my work in connection with KC Live was done at my office within The Cordish Company's office in The Power Plant

in Baltimore City. The Cordish Company, among other things, develops real estate throughout the United States, and one of those projects is The Kansas City Power & Light District in Kansas City, Missouri, for which KC Live is a landlord entity. As stated in my July 9, 2010, affidavit at ¶2, Kansas City Live Block 125 Retail, LLC, is a Maryland limited liability company which has its principal place of business in Baltimore at the Cordish Company's office in The Power Plant.

2.       In early 2006, Michael Morris, who was, at that time, Director of Leasing and Development for The Cordish Company and was also based at The Cordish Company's office at The Power Plant in Baltimore City, had reached the point in his negotiations with Counter-Defendant Roberto Ruggeri, Jr., and his associates, that I was asked to draft a proposed lease for a Bice restaurant facility as a potential tenant in the KC Live project then being developed in The Kansas City Power & Light District in Kansas City, Missouri. I drafted that lease in Baltimore, but the lease was not consummated.

3.       By August of 2006, Mr. Fowler and Mr. Ruggeri again reached the point in their negotiations that drafting of another proposed lease for a Bice restaurant at the Kansas City Live development was appropriate, and I acted as the drafting lawyer for KC Live on that lease, with its accompanying guarantees, as well. Mr. Ruggeri had advised Mr. Morris, by October, 2006, that he agreed with the conceptual terms that Mr. Morris had outlined in a letter of intent that he sent from Baltimore to Mr. Ruggeri. I prepared a draft lease with guarantees which I then sent, on November 9, 2006, on my Kansas City Live letterhead bearing my Baltimore City address, to Mr. Ruggeri at his New York City address. A copy of my cover letter to Mr. Ruggeri is attached hereto as Exhibit A. As illustrated by the e-mail exchanges between November 11, 2006, through January 22, 2007, that are attached hereto collectively as Exhibit B, Mr. Morris and myself, for KC Live, negotiated with Mr. Ruggeri, his associate, Mr. Trevor Sacco, and his San Diego,

2

California, attorney, Tim Pickwell, Esq., to reach agreement on the terms for the restaurant lease and guarantees.

4.      As those lease negotiations proceeded, Mr. Ruggeri told Mr. Morris that he was interested in leasing a second premises from KC Live for a "gelateria." I acted as the Baltimore-based drafting attorney for KC Live on that lease as well. By February 2, 2007, negotiations had resulted in what I anticipated would be the final, execution version of the restaurant lease, and I sent four execution copies of that lease with its guarantees to Mr. Ruggeri at his New York office with a copy to Mr. Pickwell. A copy of my cover letter of that date to Mr. Ruggeri on KC Live stationary showing its, and my, Baltimore City address, is attached hereto as Exhibit C. Per that letter, it was contemplated that Mr. Ruggeri would sign the lease, the Bice Holding, Inc., guarantee, and his own guarantee and then return the documents he had executed to me in Baltimore where Blake Cordish, as KC Live's "authorized person," could then execute the lease to consummate the transaction and bind the parties to it. That is what occurred. On March 27, 2007, Blake Cordish signed, in Baltimore, with me as a witness, the lease that is Exhibit A to KC Live's counterclaim, and, on April 4, 2007, I sent the fully-executed lease back to Mr. Ruggeri by way of Mr. Ruggeri's attorney, Mr. Pickwell.

5.      My role as lease draftsman for KC Live continued through April, 2007, with regard to the gelateria lease. By April 13, 2007, I, from KC Live's Baltimore office, sent Mr. Pickwell a draft gelateria lease, and negotiations regarding that lease then continued between myself and Mr. Morris, on behalf of KC Live, and Messrs. Ruggeri, Sacco, and Pickwell, which finally resulted, on August 27, 2007, in my sending, from Baltimore, execution copies of the agreed-upon gelateria lease and guarantees to Mr. Ruggeri at his New York office. A copy of my August 27, 2007, cover letter is attached hereto as Exhibit D. The same

3

lease and guarantee execution sequence was employed. On September 18, 2007, Mr. Pickwell returned to me the gelateria lease and guarantees, as signed by Mr. Ruggeri, with a letter that instructed me to send the fully-executed lease back to Mr. Ruggeri at Mr. Ruggeri's Florida office. A copy of that letter is attached as Exhibit E. October 1, 2007, Blake Cordish, as KC Live's "authorized person," signed the gelateria lease, with me as a witness, in Baltimore, thereby consummating that transaction and binding the parties. It is that lease with accompanying guarantees that is Exhibit B to KC Live's counterclaim. I then sent the fully-executed lease to Mr. Ruggeri under cover of an October 1, 2007, letter on KC Live's address at The Cordish Company in Baltimore City. A copy of that letter is attached hereto as Exhibit F.

6.     Mr. Morris left The Cordish Company in January, 2008, and his responsibilities for KC Live were assumed by Nick Benjamin who, like Mr. Morris, was based in the Baltimore City office of The Cordish Company and KC Live. In the summer of 2008 through February of 2009, Mr. Benjamin, among other things, negotiated with Mr. Ruggeri an amendment to the KC Live/ Bistro restaurant lease, and I acted, in Baltimore, as the draftsman for that amendment. Mr. Ruggeri signed the amendment and the guarantor ratification and returned them to KC Live in Baltimore. Although dated July 24, 2008, that amendment was not a consummated agreement until it was signed in Baltimore by Blake Cordish, as KC Live's "authorized person," on February 24, 2009. Again, I was the witness to Mr. Cordish's signature on that amendment, and I then returned the fully-executed amendment, with its guarantee ratification by Mr. Ruggeri for himself and for Bice Holding, Inc., on February 24, 2009. A copy of the fully-executed amendment and my February 24, 2009, cover letter is attached as Ex. A to the Declaration of Nick Benjamin dated December 21, 2010, that is filed with the Kansas City Live's opposition memorandum.

7.     In the period from November of 2008, through June of 2009, there were on-going

4

negotiations between Mr. Ruggeri, his associate Mr. Sacco, his attorneys and others, and Mr. Benjamin, Blake Cordish, myself, and others, who remained based in Baltimore, regarding the Bistro tenant entity's breaches of its leases. Litigation ensued in Kansas City, Missouri, which resulted in a settlement agreement as to which I was involved in Baltimore. On June 5, 2009, pursuant to the settlement agreement, Bistro tendered to KC Live in Baltimore, settlement checks and an amendment to the two leases that was signed by Mr. Ruggeri on behalf of the Bistro tenant entity, Bice Holding, Inc., as a guarantor, and Mr. Ruggeri himself as a guarantor. Copies of those documents are attached as Ex. B to the Declaration of Nick Benjamin dated December 21, 2010, that is filed with Kansas City Live's opposition memorandum.

8.     Bice failed to abide by the settlement agreement, and, on February 4, 2010, it vacated and abandoned the leased premises at KC Live in Kansas City. I was involved, from Baltimore, in settlement discussions with Mr. Ruggeri's Missouri counsel regarding that situation and the ensuing litigation that the Bistro entity initiated in Missouri.

I declare, under the penalties of perjury and pursuant to 28 U.S.C. §1746, that the foregoing declaration is true and correct.

Executed on: December 22, 2010

Robert C. Fowler

K19230

5

# EXHIBIT A

# KANSAS CITY LIVE, LLC

The Cordish Company
The Power Plant
601 East Pratt Street
6th Floor
Baltimore, MD 21202
410-752-5444
Fax: 410-659-9491
E-mail: BOB@cordish.com

November 9, 2006

**VIA Federal Express**
Roberto Ruggeri
Bice, Inc.
551 Madison Avenue
New York, NY 10022
(212) 593-3570

Re:     **Proposed Lease Agreement for Bice Bistro
        in The Power & Light District – Kansas City, MO**

Dear Roberto:

Enclosed please find a draft of a Lease for Bice Bistro in The Power & Light District in Kansas City, Missouri. Please forward any comments to me as soon as possible. I look forward to working with you to complete this transaction and the opening of Bice Bistro in this exciting new project.

The submission of the enclosed does not constitute an option or reservation for the Premises, and until the Lease is fully executed and delivered, we reserve the right not to pursue this transaction.

Very truly yours,

Robert C. Fowler

# EXHIBIT B

## Michael Morris

| | |
|---|---|
| **From:** | Trevor Sacco [trevorsacco@sbcglobal.net] |
| **Sent:** | Saturday, November 11, 2006 1:03 PM |
| **To:** | Mike Morris |
| **Cc:** | Tim Pickwell; Roberto Ruggeri |
| **Subject:** | Bice Kansas City-Power & Light District |

Good morning Mike,
Please forward a copy of the KC lease via e-mail (preferably in an editable word doc. format) and a hard copy to our Lawyer Tim Pickwell in California (address & contact below).  We would also like to get the plans in CAD via e-mail if possible, if not hard copies will due for now.  As we discussed, we would need to get this deal done no later than January 1, 07 in order to be ready for an October 1, 07 opening.  Please feel free to contact me any time Monday, Tuesday or Wedn

001519

## Bob Fowler

**From:**    Tim Pickwell [tpickwell@pickwelllaw.com]

**Sent:**    Monday, December 04, 2006 8:05 PM

**To:**    Bob Fowler

**Cc:**    Mike Morris; 'Trevor Sacco'

**Subject:** Bice-Kansas City Lease

Bob:

Attached is a revised lease which represents Bice's initial comments to the lease. However, we note the following:

1.    **The Work Letter (Ex. C) still needs to be drafted.** My client's understanding is that Landlord will perform a complete build-out to my clients specifications, and that my client will be responsible only for kitchen equipment, tables, chairs, signage. Attached is a list showing our understanding of the (a) condition of the shell; (b) Landlord's work (to our specs); and (c) equipment, etc. to be provided by Bice. We can draft a more formal work letter, but I wanted to confirm this understanding first and give you the opportunity to fit it into your form of work letter.

2.    **Personal Guaranty.** My understanding is that my client will provide a declining corporate guarantee that will reflect an amortization of the Landlord's work in the amount of $500,000 over five (5) years. My client's corporate guarantee will be for 24 months. Thereafter, it will provide a Letter of Credit in the amount of six months of rent.

3.    **"Total Occupancy Cost."** My client's understanding of the transaction is that his "Total Occupancy Cost" (Rent, CAM, Taxes, etc.) is $300,000 / year to start. We have changed the Lease to reflect this understanding. If you have a different understanding, or a different method to arrive at the $300,000 / year, let's discuss.

4.    CPI. The lease provides for annual CPI increases. My client understands that there will not be a CPI increase, but, rather, a 2% increase each year. We have changed the Lease to reflect this understanding.

Please call me with any questions that you have after reviewing this Lease.

### Tim Pickwell
Tim Pickwell & Associates
A Professional Corporation
11975 El Camino Real, Suite 200
San Diego, California 92130
Direct: 858-259-6475
Reception: 858-623-1111
Fax: 858-623-9114
TPickwell@PickwellLaw.com
www.PickwellLaw.com

**Confidentiality Notice:** This e-mail, and any attachment to it, contains privileged or confidential information and is intended only for the use of the recipient. If the reader of this e-mail is not the intended recipient, or if the e-mail has been inadvertently misdirected, please immediately notify the sender by return e-mail and then delete the original and any copies of this e-mail, and any attachments to it, from your system. Thank you.

**001167**

12/21/2006

## Michael Morris

| | |
|---|---|
| **From:** | Roberto Ruggeri [robertoruggeri@bice.ws] |
| **Sent:** | Monday, December 11, 2006 11:15 AM |
| **To:** | David Boon |
| **Cc:** | Mike Morris |
| **Subject:** | Fwd: 2 quick things |

Dear David, Please send Financial Info to Mike Morris as requested. It is for the new Kansas City lease.
RR

Begin forwarded message:

From: "Mike Morris" <mmorris@cordish.com>
Date: December 11, 2006 11:12:32 AM EST
To: "Roberto Ruggeri" <robertoruggeri@bice.ws>
Cc: "Trevor Sacco" <trevorsacco@sbcglobal.net>
Subject: RE: 2 quick things

Roberto,

I would appreciate it if you could please forward financials for Bice Holdings to my attention when you
have

001529

## Michael Morris

| | |
|---|---|
| **From:** | Roberto Ruggeri [robertoruggeri@bice.ws] |
| **Sent:** | Monday, December 11, 2006 6:19 PM |
| **To:** | Trevor Sacco |
| **Cc:** | Mike Morris |
| **Subject:** | Re: Additional Space - KC |

Dear Mike,

We can do great job on the space next to Bice, and propose to keep the same lease and Work Letter with no TA, increasing the previous lease by the additional square footage. Let me know, we will come on the 27/28 to visit the space and start planning design. Regards,

RR


On Dec 11, 2006, at 5:29 PM, Trevor Sacco wrote:

Roberto, please review this regarding the Gellateria space next to us in KC and advise me on how to proceed with Mike.
Thanks,
TS

Note:

001530

**Michael Morris**

| | |
|---|---|
| **From:** | Roberto Ruggeri [robertoruggeri@bice.ws] |
| **Sent:** | Friday, December 15, 2006 9:53 AM |
| **To:** | Mike Morris |
| **Subject:** | Fwd: Bice-Kansas City Lease |
| **Attachments:** | @ |

Not heard back from your legal office. let me know.
RR

Begin forwarded message:

From: "Tim Pickwell" <tpickwell@pickwelllaw.com>
Date: December 14, 2006 4:02:09 PM EST
To: "'Roberto Ruggeri'" <robertoruggeri@bice.ws>
Cc: "'juli sampson sampson'" <juliesampson@bice.ws>
Subject: FW: Bice-Kansas City Lease

Roberto:

FYI.

This was what was sent to the Landlord 10 days ago.

I will keep you posted on any reply.

Best Regards,

Tim Pick

**Attachments:**

Construction Notes.doc                                           (25 KB)

Bice KC Lease v2 tap 12-4-06.doc                                 (528 KB)

001535

------Original Message------
**From:** Tim Pickwell [mailto:tpickwell@pickwelllaw.com]
**Sent:** Monday, January 22, 2007 6:19 PM
**To:** Bob Fowler
**Subject:** Bice-Kansas City

Bob:

Our understanding is that the $300,000 is an "all in" cost; which is one reason it increases by 2% every year like clock-work.

Below is an e-mail thread, a bit difficult to follow, in which my client believes Mike Morris agreed to the $300,000, which was to be inclusive of all rents and 'Additional Rents'.

If we still have a disconnect on this issue, we need to either have our clients iron it out, or come to an agreement.

Is there a time for you and I to speak on Wednesday or Thursday, assuming this rent issue is resolved?

Thank you,

**Tim Pickwell**
Tim Pickwell & Associates
A Professional Corporation
11975 El Camino Real, Suite 200
San Diego, California 92130
Direct: 858-259-6475
Reception: 858-623-1111
Fax: 858-623-9114
TPickwell@PickwellLaw.com
www.PickwellLaw.com

**Confidentiality Notice:** This e-mail, and any attachment to it, contains privileged or confidential information and is intended only for the use of the recipient. If the reader of this e-mail is not the intended recipient, or if the e-mail has been inadvertently misdirected, please immediately notify the sender by return e-mail and then delete the original and any copies of this e-mail, and any attachments to it, from your system. Thank you.

**From:** Roberto Ruggeri [mailto:robertoruggeri@bice.ws]
**Sent:** Friday, November 17, 2006 11:48 AM
**To:** Tim Pickwell; 'Trevor Sacco'
**Subject:** Fwd: Re: RE: RE: RE: RE: RE: RE: Re:

FYI

Begin forwarded message:

. . . . .

**From:** Roberto Ruggeri <robertoruggeri@bice.ws>
**Date:** October 25, 2006 2:28:13 PM EDT
**To:** "Mike Morris" <mmorris@cordish.com>
**Subject: Re: RE: RE: RE: RE: RE: RE: Re:**

You have to quantify at $ 500,000 the TI, which will be amortized in 5 years. Don't forget
that if I don't make it, all the TI remains with you. Call me , regards,
RR

On Oct 24, 2006, at 6:15 PM, Mike Morris wrote:

Roberto,

We propose the following to your points.

GUARANTY: Bice Holding guarantees commencement of construction and
opening for business. After opening Bice Holding will guaranty 24
months of rental obligations plus a 5 year amortization of the Tenant
Improvements. After this period, a letter of credit will be issued in
the amount of 6 months of rent for the remaining term of the Lease.

RENT: OK with the below.

GROSS SALE CITY PAYMENT: I will call you tomorrow to explain. What
would be the best time to reach you?

RADIUS RESTRICTION: Would only be base on the permitted use.
Therefore, if you are operating a Bice Bistro in the Power & Light
District you would be prohibited only from operating another Bice Bistro
(aka a competing operation)

WORK LETTER: Yes, we would do the interior work specified in your work
letter. You would be responsible for the fixtures, equipment, kitchen
and bar.

Thanks for again for your interest in the project. We look forward to
this being the first of many successful deals between our companies.

I look forward to being in touch.

Regards,
MM

-----Original Message-----
From: Roberto Ruggeri [mailto:robertoruggeri@bice.ws]
Sent: Sunday, October 22, 2006 11:24 AM
To: Mike Morris
Subject: Re: RE: RE: RE: RE: RE: Re:

**001157**

Dear Mike,

Here are my comments to your LOI regarding the Kansas City lease. I will answer only the points which I need to discuss.

GUARANTY : Bice Holding will guaranty that the works will be commenced
and terminated , after opening guaranty will be for 24 months, after
this period ; for the first 5 years Letter of Credit equal to 6 months rent, after this period, LC for 3 months.

TOC : It will include all Rent and Additional rents.
Year 1 at $
300,000 after this period , increases of 2% per year

GROSS SALE CITY PAYMENT ; Please explain

RADIUS RESTRICTION : 20 miles is fine for the Bice Bistro concept, not for other Bice concepts.

If I understand your letter, your construction team will do all our interior work specified in my work letter that I have sent you, but was not attached.

I will be leaving for Europe at the end of the week, so if you want to discuss something, give me a call. Best regards,

RR

On Oct 2, 2006, at 3:38 PM, Mike Morris wrote:

<bice_KC_LOIvmfml_09292006.doc>

001158

**From:** Davidboon@aol.com [mailto:Davidboon@aol.com]
**Sent:** Wednesday, December 13, 2006 7:49 AM
**To:** Mike Morris
**Cc:** robertoruggeri@bice.ws
**Subject:** Bice Group financial info

Mike,

See attached the 2005 consolidated P&L and Balance Sheet for the restaurants of the Bice Group.

Please let me know if you need anything else.

Regards

David Boon
MSRE, Inc.
Tel : +1-305-321-4768
jFax : +1-503-296-2187

This transmission and any files attached to it, may contain confidential and/or privileged information and intended only for the named recipient. If you are not the intended recipient, you are hereby notified that any disclosure, reproduction, retransmission, dissemination, disclosure, copying or any use of the information or files contained is strictly prohibited. If you have received this transmission in error, please notify the sender by reply and delete this electronic mail.
============================================

In a message dated 12/11/2006 11:16:06 A.M. Eastern Standard Time, robertoruggeri@bice.ws writes:

> Dear David, Please send Financial Info to Mike Morris as requested. It
> is for the new Kansas City lease.
> RR
>
> Begin forwarded message:
>
> > From: "Mike Morris" <mmorris@cordish.com>

001119

# EXHIBIT C

# Kansas City Live Block 125 Retail, LLC

The Cordish Company
The Power Plant
601 East Pratt Street, 6th Floor
Baltimore, MD 21202
410-752-5444
Fax: 410-659-9491
E-mail: BOB@cordish.com

February 2, 2007

**VIA Federal Express**
Roberto Ruggeri
Bice Holding, Inc.
551 Madison Avenue
New York, NY 10022
212.593.3570

> **Re:** **Proposed Lease Agreement by and between**
> **Kansas City Live Block 125 Retail, LLC ("Landlord") and**
> **Bice Bistro ("Tenant")**

Dear Roberto:

Enclosed are four (4) execution copies of the Lease for Bice Bistro, together with one copy of the Lease showing changes from the prior draft. Please have the Leases and Guarantees executed, witnessed, and return to me.

The construction exhibit is being put into proper form consistent with prior discussions and we can insert it when completed. Please forward a copy of your menu, as well. Also, please insert the proper name of the Tenant on "page 1" of the Lease, and on the signature page of the Lease. Finally, please forward evidence of Bice Holding, Inc. as the parent company of the various restaurants.

I look forward to the opening of Bice Bistro in this exciting new project.

The submission of the enclosed does not constitute an option or reservation for the Premises and, until the Lease is fully executed and delivered we reserve the right to elect not to pursue this transaction.

Very truly yours,

Robert C. Fowler

cc:   Tim Pickwell, Esq. w/enc.
      Tim Pickwell & Associates, P.C.
      11975 El Camino Real, Suite 200
      San Diego, CA 92130

**001033**

# EXHIBIT D

# Kansas City Live Block 125 Retail, LLC

The Cordish Company
The Power Plant
601 East Pratt Street, 6th Floor
Baltimore, MD 21202
410-752-5444
Fax: 410-659-9491
E-mail: BOB@cordish.com

August 27, 2007

**VIA Federal Express**
Roberto Ruggeri
Bice Holding, Inc.
551 Madison Avenue
New York, NY 10022
212.593.3570

      Re:    Proposed Lease Agreement by and between
             Kansas City Live Block 125 Retail, LLC ("Landlord") and
             Bice Bistro – Café ("Tenant")

Dear Roberto:

Enclosed are four (4) execution copies of the Lease for Bice Bistro - Café next to the restaurant, together with one copy of the Lease showing changes from the prior draft. The marked versions of the Guarantees show changes from the Guarantees of the restaurant lease. Please have the Leases and Guarantees executed, witnessed, and return to me.

I look forward to the opening of Bice Bistro - Cafe in this exciting new project.

The submission of the enclosed does not constitute an option or reservation for the Premises and, until the Lease is fully executed and delivered we reserve the right to elect not to pursue this transaction.

                             Very truly yours,

                             Robert C. Fowler

cc:     Tim Pickwell, Esq. w/enc.
        Tim Pickwell & Associates, P.C.
        11975 El Camino Real, Suite 200
        San Diego, CA 92130

000599

# EXHIBIT E

# TIM PICKWELL, ATTORNEY
A PROFESSIONAL CORPORATION

11975 EL CAMINO REAL, SUITE 200
SAN DIEGO, CALIFORNIA 92130-2542
TPICKWELL@PICKWELLLAW.COM

O : 858-623-1111
F : 858-623-9114
D : 858-259-6475

September 18, 2007

Mr. Bob Fowler
The Cordish Company
601 East Pratt Street, 6th Floor
Baltimore, MD 21202

RE:   Bice – Gelateria / (Kansas City Live Block 125 Retail, LLC)

Dear Bob:

My client has executed four original copies of the Lease for the proposed 1300 sq. ft. Bice Gelateria between Bice Bistro-Café ("Tenant") and Kansas City Live Block 125 Retail, LLC ("Landlord"). The originals are enclosed with this letter.

When Landlord has executed each copy, please return one set of originals directly to me, and another to Tenant at the following address:

ORIG      Mr. Roberto Ruggeri
          Bice Holdings, LLC
          12955 Biscayne Blvd.
          Suite 200
          North Miami, FL 33181-2021

If there are not sufficient original copies to provide to both Tenant and me, then, an original to Tenant, and a fully executed copy to me.

Sincerely,

Tim Pickwell
TIM PICKWELL, APC

COPY

TAP/hs
enc.

# EXHIBIT F

# Kansas City Live Block 125 Retail, LLC

The Cordish Company
The Power Plant
601 East Pratt Street, 6th Floor
Baltimore, MD 21202
Main: 410-752-5444
Direct: 410-347-2938
Fax: 410-659-9491
E-mail: BOB@cordish.com

October 1, 2007

**VIA Federal Express**

Roberto Ruggeri
Bice Holding, Inc.
551 Madison Avenue
New York, NY 10022
212.593.3570

Re:     Kansas City Live / Bice Bistro–Café

Dear Roberto:

Enclosed please find a fully-executed Lease for Bice Bistro–Café in The Power & Light District.  It was a pleasure working with you, and I wish you much success in this exciting new project.

Very truly yours,

Robert C. Fowler

cc:     Tim Pickwell, Esq. w/enc.
        Tim Pickwell & Associates, P.C.
        11975 El Camino Real, Suite 200
        San Diego, CA 92130

bcc:    Alan Hicks w/enc.
        Bob Robinette w/enc.
        Jason Epstein w/enc.
        Estella Barnett w/enc.
        Paul Kiever w/enc.

**000498**