IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BISTRO OF KANSAS CITY, MO., LLC, | * | |
| Plaintiff, | * | |
| v. | | |
| | * | |
| KANSAS CITY LIVE BLOCK 125 RETAIL, LLC, | * | |
| Defendant. | * | Civil Action No. 1:10-CV-02726-JFM |
| *     *     *     * | * | |
| KANSAS CITY LIVE BLOCK 125 RETAIL, LLC, | * | |
| Counter-Plaintiff, | | |
| v. | * | |
| BISTRO OF KANSAS CITY, MO., LLC, et al., | * | |
| Counter-Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Counter-Defendant Roberto Ruggeri, Jr.'s motion to dismiss Counter-Plaintiff Kansas City Live Block 125 Retail, LLC's counterclaim against him for lack of personal jurisdiction and Counter-Plaintiff's opposition thereto, it is this ____ day of _____, 2011, by the United Stated District Court for the District of Maryland, ORDERED, that Counter-Defendant's motion be, and the same is hereby, DENIED. Counter-Defendant Ruggeri, per Federal Rule of Civil Procedure 12(a)(4)(A), shall file his answer to the counterclaim within 14 days of the date of this Order.

K19226

J. Frederick Motz, District Judge